**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**AQAY SCIMU BEY ALI** **PLAINTIFF**

**V.** **NO. 1:26-CV-112-RPC-RP**

**MITCH NABORS et al.** **DEFENDANTS**

**ORDER**

Now before the Court is the Defendants' Motion for Leave to File Excess Pages [36]. Local Uniform Rule 7(b)(5) limits parties to thirty-five (35) pages in total for their opening and rebuttal briefs. The Defendants submitted an initial brief that was thirty-nine (39) pages in length. Although they were not granted leave prior to filing the brief, the Court finds the motion to be well-taken. The motion is hereby **GRANTED**. However, the Court notes that the thirty-five-page limit in Rule 7(b)(5) applies to *both* the opening and rebuttal briefs. Therefore, should the Defendants wish to file any length of rebuttal, they will need to seek leave of this Court to do so.

SO ORDERED, this the 30th day of October, 2026.

Robert P. Chamberlin
**UNITED STATES DISTRICT JUDGE**